Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

Eastern District of New York

UNITED STATES

V.

STEPHEN RICHARDS

Docket No.: No. 04-846 (S-2) (ILG)

I. Leo Glasser
(District Court Judge)

Notice is hereby given that Stephen D. Richards appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ _____ ] _____ (specify)

entered in this action on 11/22/06 (date).

Offense occurred after November 1, 1987    Yes [ X ]   No [ ___ ]

This appeal concerns: Conviction only [ ___ ]   Sentence only [ ___ ]   Conviction and Sentence [ X ]

Date December 5, 2006

TO  Eric R. Komitee, Esq.
United States Attorney's Office
for the Eastern District of New York
147 Pierrepont Street
Brooklyn, New York 11021
ADD ADDITIONAL PAGE (IF NECESSARY)

David M. Zornow
(Counsel for Appellant)

Address  Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Telephone Number: 212-735-3000

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ X ] I am not ordering a transcript<br>Reason<br>[ X ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ ___ ] Sentencing _____<br>[ ___ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ___ ] Funds [ X ]   CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _(signed)_    DATE December 5, 2006

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05