# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of October, two thousand ten.

Before:     John M. Walker, Jr.,
                Robert D. Sack,
                Debra Ann Livingston,
                        *Circuit Judges.*



United States of America,

        *Appellee,*

v.

Sanjay Kumar, Stephen Richards,

        *Defendants-Appellants.*

**ORDER**
Docket No.    06-5482-cr (L)
                 06-5654-cr (Con)

IT IS HEREBY ORDERED that the motion by Appellant Stephen Richards to issue the mandate forthwith as to his appeal only is GRANTED.

                           FOR THE COURT,
                           Catherine O'Hagan Wolfe,
                           Clerk

                           Joy Fallek, Administrative Attorney